STATE OF CONNECTICUT *v.* GEORGE EASON

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 117 (AC 16062), is denied.

*Lisa J. Steele,* special public defender, in support of the petition.

*Ellen A. Jawitz,* deputy assistant state's attorney, in opposition.

Decided January 8, 1998

DIME SAVINGS BANK OF NEW YORK, FSB *v.* BARBARA A. WHITING ET AL.

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 910 (AC 16497), is denied.

*Lori Welch-Rubin,* in support of the petition.

*Christopher H. McCormick,* in opposition.

Decided January 8, 1998

KATHLEEN O. MINNEMAN *v.* BOARD OF EDUCATION OF THE CITY OF NORWICH ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 47 Conn. App. 913 (AC 16746), is denied.

*Kathleen O. Minneman,* pro se, in support of the petition.

*Timothy E. Welsh,* in opposition.

Decided January 8, 1998